IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| RIMPORTS (USA) LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>LANGLEY/EMPIRE CANDLE LLC, et al.,<br><br>    Defendant.<br><br>LANGLEY/EMPIRE CANDLE LLC,<br><br>    Counterclaimant and Third-Party Plaintiff,<br><br>vs.<br><br>RIMPORTS (USA) LLC,<br><br>    Counterclaim Defendant,<br><br>    and<br><br>JOSHUA WRIGHT,<br><br>    Third-Party Defendant. | **ORDER**<br><br>Case No. 2:12-CV-1199-TC |

For the reasons set forth during the February 6, 2014 sealed hearing, the court ORDERS as follows:

1.      Plaintiffs' Motion for Summary Judgment on Langley/Empire Candle's Trade Secret Counterclaim and Third-Party Claim (Docket No. 51) is TAKEN UNDER ADVISEMENT pending discovery and supplemental briefing. Defendant Langley/Empire Candle LLC must file an **opposition** to the motion for summary judgment **no later than May 6,**

**2014**.  In response to the opposition brief, the Plaintiffs may file a **reply** no later than **fourteen days** from the date the Defendants file their opposition brief.

     2.      Plaintiff Rimports USA, LLC's Sealed Motion for Partial Summary Judgment on the issue of trade dress (Docket No. 56) is DENIED.

     3.      Plaintiffs' Motion for Protective Order Temporarily Staying Discovery (Docket No. 60) is DENIED AS MOOT.

     4.      Defendants Langley/Empire Candle's Motion to Deny Summary Judgment Motion Pursuant to FRCP 56(d) (Docket No. 61) is DENIED AS MOOT.

     5.      Regular discovery may begin and will not be limited to discrete issues.  The parties are directed to submit an updated proposed scheduling order (or competing versions) as soon as practicable to the magistrate judge assigned to this case for review and approval.

     SO ORDERED this 13th day of February, 2014.

                                BY THE COURT:

                                TENA CAMPBELL
                                U.S. District Court Judge